AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No: SW23-8197 | Date and Time Warrant Executed: 4-19-2023   11:08 AM | Copy of Warrant and Inventory Left With: USPS |
|---|---|---|

Inventory made in the presence of:
Postal Inspectors B. Hess and R. Firkin

Inventory of the property taken and name of any person(s) seized:

Medium flat rate box containing battery charger, empty plastic bottle, plastic bag of chips, re-sealable bag, screw pieces/ plastic, cardboard box drink mix, (2) black heat sealed bags, Tiger blood THC gummie bag, (2) re-sealable plastic bags containing gummie candies and (1) plastic bag containing gummie candies, total approximate weight 136.3 grams of suspected THC laced gummies.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-19-2023

*Annett Anderson*

*Executing officer's signature*

Anne E. Anderson

*Printed name and title*